In the Matter of CANADA DRY BOTTLING COMPANY OF ENDICOTT, INC., Respondent, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Appellants.

Submitted October 4, 1954; decided October 21, 1954.

*Robert W. Corcoran* and *Alvin McKinley Sylvester* for motion.
*Bernard H. Chernin* opposed.

Motion granted.